

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2014

No. 04-14-00105-CV

**IN THE ESTATE OF BILLYE M. HORMUTH**, Deceased,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2011-PC-4120
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

By order dated March 31, 2014, this court ordered appellant to provide written proof that the reporter's record had been requested and payment arrangements had been made. On April 14, 2014, appellant's attorney filed a written response stating that the record had previously been requested and the reporter's fee has been paid, including payment for expedited delivery. It is therefore ORDERED that the reporter's record be filed in this appeal no later than ten days from the date of this order.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court